# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 30, 2019

159791

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

MICHAEL EDWARD REESE,
      Defendant-Appellant.

SC: 159791
COA: 348186
Allegan CC: 17-021004-FC

_____/

On order of the Court, the application for leave to appeal the May 1, 2019 order of the Court of Appeals is considered. We DIRECT the Allegan County Prosecuting Attorney to file a response to the application for leave to appeal within 28 days after the date of this order. The response shall be limited to whether the trial court erred pursuant to the rule of *People v Tanner*, 387 Mich 683, 690 (1972), and MCL 769.34(2)(b), by imposing a 200-month minimum sentence when the applicable maximum sentence for third-degree criminal sexual conduct by a second-offense habitual offender is 270 months. See MCL 750.520d(2) and MCL 769.10(1)(a).

The application for leave to appeal remains pending.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 30, 2019



Clerk

s1226